F:\wpdocs\\82-02-0 1998

Page 1 of 14

# COLLECTIVE BARGAINING AGREEMENT

## BETWEEN

## ROYAL CARIBBEAN CRUISES LTD

## AND

## NORWEGIAN SEAMEN'S UNION

## FOR

CERTAIN EMPLOYEES HIRED BY A NON-NORWEGIAN
EMPLOYER TO SERVE PASSENGERS ON BOARD
CRUISE VESSELS REGISTERED IN THE
NORWEGIAN INTERNATIONAL SHIP REGISTER
AND CRUISE VESSELS REGISTERED IN OTHER COUNTRIES
AND MANAGED BY ROYAL CARIBBEAN CRUISES LTD.
UNDER THE RCCL BRAND.

1998- 2001

EXHIBIT 1

# AGREEMENT

ROYAL CARIBBEAN CRUISES LTD. (RCCL) AND NORWEGIAN SEAMENS UNION (NSU) HAVE CONCLUDED THE FOLLOWING COLLECTIVE BARGAINING AGREEMENT, HEREAFTER CALLED AGREEMENT, FOR CERTAIN EMPLOYEES HIRED BY A NON-NORWEGIAN EMPLOYER TO SERVE PASSENGERS ON BOARD CRUISE VESSELS REGISTERED IN THE NORWEGIAN INTERNATIONAL SHIP REGISTER (NIS) AND CRUISE VESSELS REGISTERED IN OTHER COUNTRIES AND MANAGED BY ROYAL CARIBBEAN CRUISES LTD. UNDER THE RCCL BRAND

## ARTICLE 1

### ENGAGEMENT, MUSTERING AND TRAVELING EXPENSES:

1. The Employee shall sign a Employment Agreement for a specific period, maximum ten (10) months for Employment Agreements entered into after January 1, 1996, during which the Employee will serve in vessels covered by this Agreement. Prior to signing such an Agreement, the Employee shall be interviewed and medically examined for fitness.

Engagement and mustering expenses and traveling from the place of hire to the place of embarkation shall be paid according to current practice.

The Employee shall be reimbursed for authenticated outlays for the medical certificate.

After completion of service in accordance with the Employment Agreement, RCCL shall pay traveling expenses, according to current practice, from the ship to the place of residence. If the Employee, however, requests an early termination of the Employment Agreement or if the Employment Agreement is terminated early by RCCL for valid reason, the repatriation costs shall be paid by the Employee.

2. Travel expenses consist of; airline, train and bus tickets, and, reasonable taxi, hotel and food expenses.

Travel expenses paid by the RCCL shall not include the Employees baggage in excess of the normal weight allowed by the air carrier. Any such excess baggage shall be paid for by the Employee.

## ARTICLE 2

### PAY:

1. General rules;

The Employees pay and overtime rates are set out in the Pay Scale

The Pay Scale is in US dollars (USD)

Pay accrues from and including the day the Employee commences service on board, and up to and including the day when the Employee signs off the vessel.

Each month the Employee is on board, the Employee shall be entitled to payment of one-hundred (100) percent, or the prorated amount, of the Employees Monthly Guaranteed Pay (see Column 5 of the Pay Scale) and Extra Overtime Compensation, remaining after deductions permitted by law have been made.

2. Special Rules;

The personnel covered by this Agreement are divided into four groups

Group A; This group is not covered by the work hour limitation in Article 6

Group B; The Monthly Guaranteed Pay (see Column 5 of the Pay Scale) includes Basic Pay for a forty (40) hour ordinary work week (see Column 2 of the Pay Scale), compensation for work between forty (40) and fifty-six (56) hours per week (see Column 3 of the Pay Scale) and sixty-point-six-two (60.62) guaranteed Overtime hours per month (see Column 4 of the Pay Scale)

Any ordered overtime work in addition thereto shall be paid according to the Extra Overtime rate as set forth in Column 8 of the Pay Scale

## ARTICLE 3

### BOARD AND LODGING:

The Employee shall be entitled to free board and lodging during service on board. If board and lodging is not provided on board, RCCL shall defray the cost of satisfactory board and lodging ashore.

## ARTICLE 4

### DURATION OF SERVICE:

1. The Employee shall sign on for an agreed period, not exceeding twelve (12) months for Employment Agreements entered into on or prior to January 1, 1995, and ten (10) months for Employment Agreements entered into after January 1, 1995. The length of the period to be decided by the RCCL.

2. The first ninety (90) days of service shall be considered a probationary period, which entitles RCCL or its representative, i.e. the Master of the vessel, to terminate the Employment Agreement with or without cause with an immediate effect. In such cases, the Employee shall only be entitled to pay through the date of termination.

   During the probationary period the Employee may terminate the Employment Agreement by giving seven (7) days notice.

   The probationary period shall not apply to Employees previously engaged by RCCL within a one (1) year period prior to being re-hired.

   If the Employment Agreement is terminated within the probationary period by RCCL, the repatriation costs should be paid by RCCL. If the Employment Agreement is terminated within the probationary period by the Employee, the repatriation costs should be paid by the Employee.

---

Group C: The Monthly Guaranteed Pay (see Column 5 of the Pay Scale) includes Basic Pay for a forty (40) hour ordinary work week (see Column 2 of the Pay Scale), compensation for work between forty (40) and fifty-six (56) hours per week (see Column 3 of the Pay Scale) and sixty-point-six-two (60.62) guaranteed Overtime hours per month (see Column 4 of the Pay Scale).

Any ordered overtime work in addition thereto shall be paid according to the Extra Overtime rate as set forth in Column 8 of the Pay Scale.

Employees in this Group shall have Gratuities per day from each passenger. RCCL is obligated to advise the passengers about the suggested Gratuities guideline attached hereto.

Employees in this Group shall be guaranteec a Monthly Total Minimum Income of as stipulated in Column 6 of the Pay Scale.

Out of the Monthly Guaranteed Pay (see Column 5 of the Pay Scale), a minimum of USD fifty (50) shall be paid in cash by RCCL. The remaining of the Monthly Total Guaranteed Pay may normally be made up of Gratuities.

Group D: The Monthly Guaranteed Pay (see Column 5 of the Pay Scale) includes Basic Pay for a forty (40) hour ordinary work week (see Column 2 of the Pay Scale), compensation for work between forty (40) and fifty-six (56) hours per week (see Column 3 of the Pay Scale) and sixty-point-six-two (60.62) guaranteed Overtime hours per month (see Column 4 of the Pay Scale).

Employees in this Group may be paid a flat fee for handling passenger luggage instead of Extra Overtime Compensation

Any ordered overtime work in addition thereto shall be paid according to the extra overtime rate as set forth in Column 8 of the Pay Scale.

3. Taxation:

If the taxation authorities in the US, Norway or other countries require RCCL to make deductions for the payment of taxes by Employees covered by this Agreement, RCCL may make this deduction from the Employees gross income.

## ARTICLE 5

### TERMINATION OF SERVICE:

1. In the event of sale, laying-up, ship-loss or lengthy stay in a repair yard, RCCL may terminate the Employment Agreement by giving one (1) month written notice, or one (1) month pay in lieu of notice. The Employee shall then be entitled to pay up to and including the day of signing off, plus one (1) additional month Basic Pay (see Column 2 of the Pay Scale) and free repatriation to the place where the Employment Agreement was signed. The total pay for a person not given one (1) month notice is two (2) months Basic Pay (see Column 2 of the Pay Scale).

2. The Employee shall be entitled to terminate the Employment Agreement immediately if the vessel is declared unseaworthy in accordance with Chapter 1, Rule 19, of the Convention on the Safety of Life at Sea (the SOLAS Convention). The vessel shall also be deemed to be unseaworthy if it lacks one or more of the certificates prescribed in Chapter 1, Rules 12 and 13 of the SOLAS Convention. The Employee is then entitled to pay up to and including the day of signing off, plus one (1) month's Basic Wages (see Column 2 of the Pay Scale) and free repatriation to the place where the Employment Agreement was signed.

3. After the probation period, RCCL may terminate the Employment Agreement on valid reason prior to the agreed period of duration, ref. Art. 4, provided the Employee is given seven (7) days notice, or seven (7) days pay in lieu of notice. RCCL may always terminate the Employment Agreement if the Employee becomes ill or injured and has to sign off the vessel. The Employment Agreement may also be terminated prior to the agreed period <u>without cause or notice</u>, provided the Employee is paid a compensation amounting to the lesser of: Total Monthly Guaranteed Pay (see Column 5 of the Pay Scale) for the remainder of the agreed Service Period, or; two (2) months Basic Wages (see column 2 of the Pay Scale).

4. RCCL or its representative may dismiss any Employee immediately who is incompetent for service, neglects to report on board at appropriate time, commits himself/herself to disobedience, insulting behavior etc. The repatriation cost will be for the employee's account and he/she may be held responsible for expenses and damages caused by such breaches on rules and regulations, ref. the Norwegian Seamen's Act, Article 39.

For the non-NIS registered vessels the applicable flag states' maritime laws shall apply where reference is made to the Norwegian Seamen's Act.

5. Discrimination or harassment by Employees on the basis of race, religion, color, age, sex, marital or disability status will not be tolerated and may constitute cause for termination of employment.

## ARTICLE 6

### WORKING HOURS:

1. A watch list shall be made available showing the working hours for all categories on board that are covered by this Agreement.

2. The Pay Scale includes compensation for irregular working hours, work on Saturdays, Sundays and Public Holidays.

3. The normal working hours at sea and on arrival and departure days shall for all categories be within a period of fourteen (14) hours between 0500 and 2400 hours. While in port and with passengers on board the working hours shall be placed within a fourteen (14) hour period between 0600 and 2200 hours.

   In certain situation the working hours may be set outside the hours mentioned.

4. The provisions of Article 6 concerning working hours shall supercede any contrary provisions contained in the applicable flag state's laws.

## ARTICLE 7

### VACATION:

1. Vacation shall be three (3) days per month of service. The Vacation Pay shall be based on the Monthly Basic Pay (see Column 2 of the Pay Scale).

   Vacation Pay is in addition to the Monthly Guaranteed Pay. The Vacation Pay shall be paid at the end of the Service Period. Parts of a month shall be prorated. Column 6 of the Pay Scale represents three (3) vacation days.

   For Group C; The Vacation Pay is included in the Monthly Total Minimum Income as stipulated in Column 6 of the Pay Scale, see Article 2.2.

2. Vacation travel shall be maintained according to current practice.

3. In the event RCCL wishes to enter into a new Employment Agreement with an Employee after the end of the Employees then current Employment Agreement, RCCL shall upon the Employee's departure from the vessel, inform the Employee, in writing, of a date of return to work.

   If the Employee fails to return as scheduled the offer of re-employment becomes void, unless the Employee has a legimate emergency and inform RCCL about it as soon as possible.

## ARTICLE 8

### COMPENSATION FOR PERSONAL EFFECTS:

In the event of accident, fire or other mishap affecting the ship and whereby the Employee's personal effects are damaged or lost, RCCL shall pay up to USD three-thousand ($3,000). The Employee shall before payment, submit a signed statement specifying the items lost or damaged.

RCCL shall in addition pay the employee for necessary clothing needed after a shipwreck.

## ARTICLE 9

### SICKNESS AND INJURY:

1. During the period of employment and at the time of disembarking, the Employee shall be liable to medical examination when requested by RCCL or its representative at RCCL's account.

2. 
   a. While serving on board or during travel to and from the vessel by the most direct route, or as directed by RCCL, a sick or injured Employee shall be entitled to treatment at RCCL's account. If the Employee is sick or injured at the termination of the service period, the Employee also has the same entitlement for up to sixteen (16) weeks after termination, provided satisfactory medical certificates are submitted when signing off and for subsequent periods.

   b. If the Employee is a member of a national insurance scheme which covers expenses of treatment after signing-off, RCCL's treatment obligation ceases to the extent that the treatment is covered by the scheme.

   This also applies in cases where the Employee has had the opportunity to become a member of such national insurance scheme at the time when the Employee entered into the Employment Agreement or later on.

3. The Employee shall be entitled to Sick Pay for up to one-hundred-and-twelve (112) days after signing off, provided satisfactory medical certificates are submitted.

   The Daily Sick Pay is set forth in Column 7 of the Pay Scale.

4. In the event of sickness or injury necessitating signing off, the Employee shall be entitled to free repatriation to the agreed certified place of residence.

5. The Employment Agreement will be regarded as being terminated from the date the Employee signs off the vessel. However, if it is determined that the Employee is fit for duty, RCCL may return the Employee to service without loss of seniority and/or service time.

## ARTICLE 10

### DEATH AND DISABILITY INSURANCE:

1. Compensation for loss of life;

   a. In case of death of an Employee due to an accident while serving on board or while travelling to or from the vessel on company business at RCCL expense, RCCL pay to the Employees beneficiaries a compensation of USD sixty-thousand ($60,000). In addition, RCCL shall pay to each child under the age of twenty-one (21) USD fifteen-thousand ($15,000), with a maximum payment for four (4) children of USD sixty-thousand ($60,000).

   b. In the event of death of an Employee not caused by accident, and while serving on board or while traveling to or from the vessel on company business, RCCL shall pay the Employees immediate next of kin; Spouse, Children under twenty-one years old and Parents, a total compensation of USD thirty-thousand ($30,000). In addition, RCCL shall pay to each child under the age of twenty-one (21) USD fifteen-thousand ($15,000), with a maximum payment for four (4) children of USD sixty-thousand ($60,000).

2. Death and burial;

   If an Employee dies in service on board, or while the Employee is entitled to medical treatment at RCCL's expense or is traveling to or from the vessel on company business at RCCL's expense, RCCL or its representative, the Master, shall notify next of kin and make arrangements for burial or for repatriation of the coffin. If the next of kin consent or the local authorities so require, the Master may order cremation in lieu of burial. In this event, he shall also arrange for the ashes to be sent home. The expenses of burial or cremation and the entombment of the ashes, in the event this is carried out by RCCL, or repatriation of the coffin or cinerary urn shall be paid by RCCL.

   Occupational disability compensation;

3. If the Employee due to no fault of his or her own meets with an accident while working on board or while traveling to or from the vessel on company business, and as a result the Employees ability to work is reduced, RCCL shall pay the Employee disability compensation at a percentage depending on the degree of disability of up to USD sixty-thousand ($60,000) for Employees in Group B, C and D; and, USD eighty-thousand ($80,000) for Employees in Group A.

   The degree of disability shall be determined by a competent doctor or medical institution agreed upon by the Union and RCCL.

4. The names and addresses of the beneficiaries shall be declared at the time of the signing of the Employment Agreement.

5. The Company shall take out the necessary insurance to cover the insurance under Article 10; 1.a. and 3.

6. The insurance benefits under this Article includes amounts payable to Filipino nationals under POEA Rules and Regulations, Part II, Section C.

## ARTICLE 11

### UNIFORMS:

RCCL shall provide uniforms with company logos and/or uniforms that are unique to RCCL and laundering of same free of charge to the employees.

## ARTICLE 14

### TEACHING AND TRAINING:

RCCL agrees to undertake a teaching and training program so that a continuous and systematic training is conducted on board, enabling promotion to higher paid positions.

The starting salary for such trainee jobs shall at least be as stipulated for the Catering Trainee position for the first ten (10) month contract. Upon recontracting, the monthly salary level shall be increased to that of the Utility position or the salary level of any other position for which the Seafarer may be rehired.

## ARTICLE 15

### AREA OF RESPONSIBILITY:

In accordance with the maritime legislation the Master is responsible for an efficient and economic operation of the vessel.

According to the same legislation the Master is the highest authority on board and RCCL's representative. The Master shall ensure that the crew carries out the ship's service in accordance with the current laws and collective bargaining agreements.

The aim of the Employees area of responsibility is an efficient and economic operation of the vessel.

## ARTICLE 16

### STRIKES, LOCKOUTS AND SIMILAR REACTION:

The Employees who are covered by this Agreement, NSU and RCCL shall refrain from strikes, lockouts and similar action at sea and in ports during the length of this contract.

## ARTICLE 12

### TRANSFER OF EMPLOYEES:

RCCL shall have the option at their discretion of transferring Employees from one vessel to another vessel, provided, however, that there will not be any interruption of time for calculation of leave benefits nor increase in length of service.

## ARTICLE 13

### JURISDICTION:

1.  NIS registered vessels;

    This Agreement is subject to Norwegian law and the jurisdiction of the courts in Norway.

    The Employment Agreements between RCCL and the Employees shall have provisions which indicate that the Agreements and employment are subject to Norwegian law and jurisdiction of Norwegian Courts. Legal action against RCCL concerning an Employee's service on board the vessel, may, however, be brought either in the courts of Norway or in the courts of the country where the employee is domiciled, but in no other country.

    **Application of Norwegian Laws:**
    The parties have agreed to make exceptions from the Norwegian Act concerning hours of work on board ships and the Norwegian Seamen's Act, ref. the Norwegian International Ship Register Act, Article 7 and 8.

2.  Non-NIS registered vessels;

    The parties to this Agreement agree that any dispute or claims arising under this Agreement shall be governed and adjudicated pursuant to the laws of the flag country, regardless of any other legal remedies which may be available.

F:\wpdocs\\82-02-0.payscale

## ARTICLE 17

### DURATION OF THE COLLECTIVE BARGAINING AGREEMENT:

This Agreement shall be valid from January 1, 1998, through December 31, 2001, and thereafter for one (1) more year at a time unless a request for termination is given either by RCCL or NSU with three (3) months' written notice. However, the parties have agreed to review technical issues at the expiration of the first two years.

April 15, 1998

Royal Caribbean Cruises Ltd.      Norwegian Seamen's Union

## PAY SCALE

THE PAY SCALE IS KEPT BY THE CREW RELATIONS PURSER

AN EMPLOYEE MIGHT REQUEST TO SEE THE SECTION (GROUP) OF THE PAY SCALE HIS/HER POSITION BELONGS TO.

AN EMPLOYEE THAT IS GIVEN AN OFFER OF PROMOTION TO A HIGHER POSITION, MIGHT REQUEST TO SEE THE SECTION (GROUP) OF THE PAY SCALE COVERING THE OFFERED POSITION.