# COLLECTIVE BARGAINING AGREEMENT

BETWEEN

ROYAL CARIBBEAN CRUISES LTD

AND

NORWEGIAN SEAFARERS' UNION

FOR

CERTAIN EMPLOYEES HIRED BY A NON-NORWEGIAN
EMPLOYER TO SERVE PASSENGERS ON BOARD
CRUISE VESSELS REGISTERED IN THE
NORWEGIAN INTERNATIONAL SHIP REGISTER
AND CRUISE VESSELS REGISTERED IN OTHER COUNTRIES
AND MANAGED BY ROYAL CARIBBEAN CRUISES LTD.
UNDER THE ROYAL CARIBBEAN INTERNATIONAL BRAND.

F:\wpdocs\l82-02-0.1998 (2003.03.26)

**EXHIBIT 2**

# AGREEMENT

2

ROYAL CARIBBEAN CRUISES LTD. (RCCL) AND NORWEGIAN SEAFARERS' UNION (NSU) HAVE CONCLUDED THE FOLLOWING COLLECTIVE BARGAINING AGREEMENT, HEREAFTER CALLED AGREEMENT, FOR CERTAIN EMPLOYEES HIRED BY A NON-NORWEGIAN EMPLOYER TO SERVE PASSENGERS ON BOARD CRUISE VESSELS REGISTERED IN THE NORWEGIAN INTERNATIONAL SHIP REGISTER (NIS) AND CRUISE VESSELS REGISTERED IN OTHER COUNTRIES AND MANAGED BY ROYAL CARIBBEAN CRUISES LTD, UNDER THE ROYAL CARIBBEAN INTERNATIONAL BRAND.

## ARTICLE 1

### ENGAGEMENT, MUSTERING AND TRAVELING EXPENSES:

1. The Employee shall sign an Employment Agreement for a specific period, the Service Period, not to exceed (10) months, during which the employee will serve in vessels covered by this Agreement. The Service Period is an expectation of length of employment not a contract right, since RCCL may terminate the Employment Agreement prior to the expiration of the Service Period without cause or notice. See Article 5. Prior to signing such an Agreement, the Employee shall be interviewed and medically examined for fitness.

Engagement and mustering expenses and traveling from the domiciled address on the Sign-on Agreement shall be paid according to current practice.

The Employee shall be reimbursed for authenticated medical expenses for a physical to obtain a medical certificate up to a maximum of USD seventythree (73) for each required physical. Employees shall obtain physicals as requested by RCCL at medical facilities designated by RCCL.

After completion of service in accordance with the Employment Agreement, RCCL shall pay traveling expenses, according to current practice, from the ship to the place of residence. If the Employee, however, requests an early termination of the Employment Agreement or if the Employment Agreement is terminated early by RCCL for valid reason, the repatriation costs shall be paid by the Employee.

2. Travel expenses consist of: airline, train and bus tickets, and, reasonable taxi, hotel and food expenses.

Travel expenses paid by the RCCL shall not include the Employees baggage in excess of the normal weight allowed by the air carrier. Any such excess baggage shall be paid for by the Employee.

**ARTICLE 2**
**PAY:**

1. General rules:

   a. The Monthly Total Pay consists of Guaranteed Basic Pay, Guaranteed Overtime Compensation, and Extra Overtime Compensation (except for employees in Group A).

   b. Guaranteed Basic Pay covers a forty (40) hour work week.

   c. Guaranteed Overtime Compensation consists of Initial Overtime Compensation and Supplemental Overtime Compensation. Initial Overtime Compensation covers work between forty (40) and fifty-six (56) hours per week. Supplemental Overtime Compensation covers sixty-point-sixty-two (60.62) Guaranteed Overtime Hours per month.

   d. Extra Overtime Compensation is equal to the number of hours worked in excess of 60.62 multiplied by the applicable hourly overtime rate. Employee compensation and pay rates are set out in the Pay Scale charts in the "Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay."

   e. The Pay Scale is in US dollars (USD).

   f. Pay accrues from and including the day the Employee commences service on board, and up to and including the day when the Employee signs off the ship.

   g. Each month the employee is on board, the employee is entitled to payment of one hundred (100) percent, or the pro-rated amount for partial months on board, of the employee's Monthly Total Pay (see Column 5 of the Pay Scale in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay) and Extra Overtime Compensation (which shall be equal to the number of hours worked in excess of 60.62 multiplied by the applicable hourly overtime rate set forth in Column 8 of the Pay Scale), remaining after deductions permitted by law have been made.

2. Special Rules:

   The personnel covered by this Agreement are divided into four groups:

   Group A: The Monthly Total Pay for this Group consists of the Monthly Salary. Employees noted in this Group are salaried and not entitled to Guaranteed Overtime Compensation or Extra Overtime Compensation. Employees noted in this Group may be required to work hours outside the limitations set in Article 6, Section 3.

   Group B: The Monthly Total Guaranteed Pay (see Column 5 of the Pay Scale in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay) includes Guaranteed Basic Pay for a forty (40) hour ordinary work week (see Column 2 of the Pay Scale in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay), Initial Overtime Compensation for work between forty (40) and fifty-six (56) hours per week (see Column 3 of the Pay Scale in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay) and Supplemental Overtime Compensation for sixty-point-six-two (60.62) guaranteed Overtime hours per month (see Column 4 of the Pay Scale in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay).

   Any ordered overtime work in addition thereto shall be paid according to the Extra Overtime rate as set forth in Column 8 of the Pay Scale in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay.

   Group C: The Monthly Total Guaranteed Pay (see Column 5 of the Pay Scale in the Protocol Between RCCL and NSU For Catering

Employees Pertaining To Compensation and Pay) includes Guaranteed Basic Pay for a forty (40) hour ordinary work week (see Column 2 of the Pay Scale in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay), Initial Overtime Compensation for work between forty (40) and fifty-six (56) hours per week (see Column 3 of the Pay Scale in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay) and Supplemental Overtime Compensation for sixty-point-six-two (60.62) guaranteed Overtime hours per month (see Column 4 of the Pay Scale in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay).

Any ordered overtime work in addition thereto shall be paid according to the Extra Overtime rate as set forth in Column 8 of the Pay Scale in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay.

Employees in this Group shall have Gratuities per day from each passenger. RCCL is obligated to advise the passengers about the suggested Gratuities guideline attached hereto.

Employees in this Group shall be guaranteed a Monthly Total Guaranteed Pay of eight-hundred-seventy-two dollars (USD 872). Out of the guaranteed Monthly Total Guaranteed Pay a minimum of USD fifty (50) shall be paid in cash by RCCL. The remaining of the Monthly Total Guaranteed Pay (including Vacation Pay of 54 USD) may normally be made up of Gratuities.

Group D:

The Monthly Total Guaranteed Pay (see Column 5 of the Pay Scale in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay) includes Guaranteed Basic Pay for a forty (40) hour ordinary work week (see Column 2 of the Pay Scale in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay), Initial Overtime Compensation for work between forty (40) and fifty-six (56) hours per week (see Column 3 of the Pay Scale in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay) and Supplemental Overtime Compensation for sixty-point-six-two (60.62) guaranteed Overtime hours per month (see Column 4 of the Pay Scale in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay).

5

Employees in this Group may be paid a flat fee for handling passenger luggage instead of Extra Overtime Compensation.

Any ordered overtime work in addition thereto shall be paid according to the extra overtime rate as set forth in Column 8 of the Pay Scale in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay.

3.   Taxation:

If the taxation authorities in the US, Norway or other countries require RCCL to make deductions for the payment of taxes by Employees covered by this Agreement, RCCL may make this deduction from the Employees gross income.

## ARTICLE 3
## BOARD AND LODGING:

The Employee shall be entitled to free board and lodging during service on board. If board and lodging is not provided on board, RCCL shall defray the cost of satisfactory board and lodging ashore.

## ARTICLE 4
## DURATION OF SERVICE:

1. The employee shall sign on for a Service Period not exceeding ten (10) months. The length of the Service Period is to be determined by RCCL.

2. The first ninety (90) days of service shall be considered a probationary period, which entitles RCCL or its representative, i.e. the Master of the vessel, to terminate the Employment Agreement with or without cause effective immediately. In such cases, the Employee shall only be entitled to pay through the date of termination.

During the probation period, the Employee may terminate the Employment Agreement by giving seven (7) days notice. If the employee fails to provide seven

6

(7) days notice, the employee will not be eligible for rehire, the Employee must pay RCCL all expenses associated with the Employee's repatriation.

The probationary period shall not apply to Employees previously engaged by RCCL within a one (1) year period prior to being re-hired.

If the Employment Agreement is terminated within the probationary period by RCCL, the repatriation costs should be paid by RCCL. If the Employment Agreement is terminated within the probationary period by the Employee, the repatriation costs should be paid by the Employee.

For Employees who are no longer within the probationary period, RCCL may terminate the Employment Agreement by valid reasons, ref. Article 5 of this Agreement.

## ARTICLE 5
## TERMINATION OF SERVICE:

1. In the event of sale, laying-up, ship-loss or lengthy stay in a repair yard, RCCL may terminate the Employment Agreement by giving one (1) month written notice, or one (1) month pay in lieu of notice. The Employee shall then be entitled to pay up to and including the day of signing off, plus one (1) additional month Basic Pay (see Column 2 of the Pay Scale in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay) and free repatriation to the domiciled address on the Sign-on Agreement. The total pay for a person not given one (1) month notice is two (2) months Basic Pay (see Column 2 of the Pay Scale in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay).

2. The Employee shall be entitled to terminate the Employment Agreement immediately if the vessel is declared unseaworthy in accordance with Chapter 1, Rule 19, of the Convention on the Safety of Life at Sea (the SOLAS Convention). The vessel shall also be deemed to be unseaworthy if it lacks one or more of the certificates prescribed in Chapter 1, Rules 12 and 13 of the SOLAS Convention. The Employee is then entitled to pay up to and including the day of signing off, plus one (1) month's Basic Wages (see Column 2 of the Pay Scale in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay) and free repatriation to the domiciled address on the Sign-on Agreement.

3. After the probation period, RCCL may terminate the Employment Agreement on valid reason prior to the expiration of the Service Period, ref. Art. 4 provided the employee is given seven (7) days notice, or seven (7) days pay in lieu of notice. RCCL may always terminate the Employment Agreement if the employee becomes ill or injured and has to sign off the vessel. The Employment Agreement may also be terminated prior to the expiration of the Service Period without cause or notice, provided the employee is paid a compensation amounting to the lesser of Total Monthly Guaranteed Pay (see column 5 of the Pay Scales, contained in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay) for the remainder of the Service Period, or two (2) months Basic Wage (see column 2 of the Pay Scales, contained in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay).

4. RCCL or its representative may dismiss any Employee immediately who is incompetent for service, neglects to report on board at appropriate time, commits himself/herself to disobedience, insulting behavior etc. The repatriation cost will be for the employee's account and he/she may be held responsible for expenses and damages caused by such breaches on rules and regulations, ref. the Norwegian Seamen's Act, Article 39.

   For the non-NIS registered vessels the applicable flag states' maritime laws shall apply where reference is made to the Norwegian Seamen's Act.

   Employees dismissed pursuant to this provision shall not be entitled to receive Total Monthly Guaranteed Pay for the remainder of the Service Period, or two (2) months Basic Wages, or seven (7) days notice or seven (7) days pay in lieu of notice, and will not be eligible for rehire.

5. Discrimination against or harassment of anyone by employees on the basis of race, sex, nationality, religion, age, sexual orientation, color, disability, or ethnic origin will not be tolerated and may constitute cause for termination of employment.

## ARTICLE 6
## WORKING HOURS:

1. A watch list shall be made available showing the working hours for all categories

on board that are covered by this Agreement.

2. The Pay Scale includes compensation for irregular working hours, work on Saturdays, Sundays and Public Holidays.

3. Each Employee shall have at least eleven (11) hours off duty in each period of twenty-four (24) hours. The eleven (11) hours of rest may be broken into no more than two (2) periods, one (1) of which shall consist of at least six (6) consecutive hours off duty. The interval between consecutive periods of rest shall not exceed fourteen (14) hours. This period of twenty-four (24) hours shall begin at the time an Employee starts work immediately after having had a period of at least six (6) consecutive hours off duty. Musters, fire-fighting and lifeboat drills, and drills prescribed by national laws and regulations and by international instruments shall be conducted in a manner that minimizes the disturbance of rest periods and does not induce fatigue.

4. In case of existence of potential danger, Employees shall perform all necessary service to maintain the safety of the vessel, the Employees, the passengers, the cargo, and the lives of others aboard other vessels, including participating in the training for the use of fire equipment and for the use and manning of life boats, as determined solely by the Master. When the Employee is off duty, such safety training shall not count as work; and when on duty shall not count as overtime work.

5. The provisions of Article 6 concerning working hours shall supercede any contrary provisions contained in the applicable flag state's laws.

## ARTICLE 7
## VACATION:

1. General: Vacation shall be three (3) days per month of service. The Vacation Pay shall be based on the Monthly Basic Pay (see Column 2 of the Pay Scale). Column 6 of the Pay Scale represents three (3) vacation days. Parts of a month shall be prorated.

Groups A, B and D: Vacation Pay is in addition to the Monthly Total Guaranteed Pay. The Vacation Pay shall be paid at the end of the Service period.

Group C: The Vacation Pay is included in the guaranteed Monthly Total Guaranteed Pay. Ref. Article 2.2.

2. Vacation travel shall be maintained according to current practice.

3. In the event RCCL wishes to enter into a new Employment Agreement with an Employee after the end of the Employee's then current Employment Agreement, RCCL shall upon the Employee's departure from the vessel, inform the Employee, in writing, of a date of return to work.

If the Employee fails to return as scheduled the offer of re-employment becomes void, unless the Employee has a legimate emergency and inform RCCL about it as soon as possible.

## ARTICLE 8
## COMPENSATION FOR PERSONAL EFFECTS:

In the event of accident, fire or other mishap effecting the ship and whereby the Employee's personal effects are damaged or lost, RCCL shall pay up to USD three-thousand ($3,000). The Employee shall before payment, submit a signed statement specifying the items lost or damaged.

RCCL shall in addition pay the employee for necessary clothing needed after a shipwreck.

## ARTICLE 9
## SICKNESS AND INJURY:

1. During the Service Period and at the time of disembarking, the Employee shall be liable to medical examination when requested by RCCL or its representative at RCCL's account.

9

10

2.  a.  While serving onboard or during travel to and from the vessel by the most direct route, or as directed by RCCL, a sick or injured employee shall be entitled to treatment at RCCL's expense until the employee reaches maximum medical improvement.

    b.  If the employee is covered by a national insurance scheme, expenses shall be reimbursed by the national insurance scheme first, then by RCCL, provided that this provision does not modify RCCL's obligations set for in subsection a above. This also applies in cases where the employee has had the opportunity to become a member of such national insurance scheme at the time when the employee entered into the employment agreement or later on.

3.  Should an Employee become sick or injured during a voyage within the Service Period, RCCL will pay the Employee Daily Sick Pay at the rate set forth in Column 7 (of the Pay Scale for the Employee's Group, contained in the Protocol Between RCCL and NSU For Catering Employees Pertaining To Compensation and Pay) from such time during a voyage as the Employee is unable to work until such time as the Employee is fit for duty or up to a maximum of one-hundred-and-twenty (120) days, provided satisfactory medical certificates are submitted.

4.  In the event of sickness or injury necessitating signing off, the Employee shall be entitled to free repatriation to the agreed certified place of residence.

5.  The Employment Agreement will be regarded as being terminated from the date the Employee signs off the vessel. However, if it is determined that the Employee is fit for duty, RCCL may return the Employee to service without loss of seniority and/or service time.

11

## ARTICLE 10

## DEATH AND DISABILITY INSURANCE:

1.  Compensation for loss of life;

    In case of death of an Employee while serving on board or while traveling to or from the vessel on company business at RCCL's expense, RCCL shall pay to the Employee beneficiaries a compensation of USD sixty-thousand ($60,000). In addition, RCCL shall pay to each child under the age of twenty-one (21) USD fifteen-thousand ($15,000), with a maximum payment for four (4) children of USD sixty-thousand ($60,000).

    The life insurance coverage under this Article does not cover suicide and expire the day the Employee reaches 60-years of age.

2.  Death and burial;

    If an Employee dies in service on board, or while traveling the Employee is entitled to medical treatment at RCCL's expense or is traveling to or from the vessel on company business at RCCL's expense, RCCL or its representative, the Master, shall notify next of kin and make arrangements for burial or for repatriation of the coffin. If the next of kin consent or the local authorities so require, the Master may order cremation in lieu of burial. In this event, he shall also arrange for the ashes to be sent home. The expenses of burial or cremation and the entombment of the ashes, in the event this is carried out by RCCL, or repatriation of the coffin or cinerary urn shall be paid by RCCL.

3.  Occupational disability compensation;

    If the Employee due to no fault of his or her own meets with an accident while working on board or while traveling to or from the vessel on company business, and as a result the Employees ability to work is reduced, RCCL shall pay the Employee disability compensation at a percentage depending on the degree of disability of up to USD eighty-thousand ($80,000).

    The degree of disability shall be determined by a competent doctor or medical institution agreed upon by the Union and RCCL.

4.  The names and addresses of the beneficiaries shall be declared at the time of the signing of the Employment Agreement.

5.  The Company shall take out the necessary insurance to cover the insurance under Article 10, 1 and 3.

6.  The insurance benefits under this Article includes amounts payable to Filipino nationals under POEA Rules and Regulations, Part II, Section C.

12

**ARTICLE 11**

**UNIFORMS:**

RCCL shall provide uniforms with company logos and/or uniforms that are unique to RCCL and laundering of same free of charge to the employees.

**ARTICLE 12**

**TRANSFER OF EMPLOYEES:**

RCCL shall have the option at their discretion of transferring Employees from one vessel to another vessel, provided, however, that there will not be any interruption of time for calculation of leave benefits nor increase in length of service.

**ARTICLE 13**

**JURISDICTION:**

1. NIS registered vessels;

   This Agreement is subject to Norwegian law and the jurisdiction of the courts in Norway.

   The Employment Agreements between RCCL and the Employees shall have provisions which indicate that the Agreements and employment are subject to Norwegian law and jurisdiction of Norwegian Courts. Legal action against RCCL concerning an Employee's service on board the vessel, may, however, be brought either in the courts of Norway or in the courts of the country where the employee is domiciled, but in no other country.

   Application of Norwegian Laws:
   The parties have agreed to make exceptions from the Norwegian Act concerning hours of work on board ships and the Norwegian Seamen's Act, ref. the Norwegian International Ship Register Act, Article 7 and 8.

13

2. Non-NIS registered vessels;

   The parties to this Agreement agree that any dispute or claims arising under this Agreement shall be governed and adjudicated pursuant to the laws of the flag country, regardless of any other legal remedies which may be available.

**ARTICLE 14**

**TEACHING AND TRAINING:**

RCCL agrees to undertake a teaching and training program so that a continuous and systematic training is conducted on board, enabling promotion to higher paid positions.

The starting salary for such trainee jobs shall at least be as stipulated for the Catering Trainee position for the first ten (10) month contract. Upon reconstructing, the monthly salary level shall be increased to that of the Utility position or the salary level of any other position for which the Seafarer may be rehired.

**ARTICLE 15**

**AREA OF RESPONSIBILITY:**

In accordance with the maritime legislation the Master is responsible for an efficient and economic operation of the vessel.

According to the same legislation the Master is the highest authority on board and RCCL's representative. The Master shall ensure that the crew carries out the ship's service in accordance with the current laws and collective bargaining agreements.

The aim of the Employees area of responsibility is an efficient and economic operation of the vessel.

14

## ARTICLE 16

### STRIKES, LOCKOUTS AND SIMILAR REACTION:

The Employees who are covered by this Agreement, NSU and RCCL shall refrain from strikes, lockouts and similar action at sea and in ports during the length of this contract.

## ARTICLE 17

### DURATION OF THE COLLECTIVE BARGAINING AGREEMENT:

This revised Agreement shall be valid from July 1, 2003, through December 31, 2003, and thereafter for one (1) more year at a time unless a request for termination is given either by RCCL or NSU with three (3) months' written notice.

15

## ANNEX 1

### COUNSELING/COMPLAINT RESOLUTION PROCESS

RCCL has a Shipboard Employee Counseling/Complaint Process, and an appeal procedure is available to Employees who feel they have not been treated fairly, in accordance with Royal Caribbean policy. The process is described in the Company's Safety and Quality Management System (SQM) and is available for all Employees to review at the Crew Relation Purser's desk.

A Shipboard Employee covered by the Agreement may at any time contact the Union and ask for help in employment related matters. However, always try to solve any issues with supervisors on board first. The fastest and usually the best way to solve a problem is to talk to your supervisor, and if that does not help to follow the chain of command through the head of your department.

## ANNEX 2

### ROYAL CARIBBEAN SHIPBOARD RETIREMENT PLAN

RCCL has a Shipboard Retirement Plan available for shipboard employees. The plan is not available to employees for whom the Company contributes to other retirement programs on behalf of the Employee. The rights and benefits of Employees and beneficiaries are determined by the terms and conditions of the formal Plan. The Company reserves the right to modify the terms of the Plan.

### PROTOCOL BETWEEN RCCL AND NSU FOR CATERING EMPLOYEES PERTAINING TO COMPENSATION AND PAY

THE PROTOCOL IS KEPT BY THE PURSER CREW RELATIONS MANAGER.

AN EMPLOYEE THAT IS GIVEN AN OFFER OF PROMOTION TO A HIGHER POSITION, MIGHT REQUEST TO SEE THE SECTION (GROUP) OF THE PROTOCOL COVERING THE OFFERED POSITION.

AN EMPLOYEE MIGHT REQUEST TO SEE THE SECTION (GROUP) OF THE PROTOCOL COVERING THE EMPLOYEES POSITION.

## USEFUL ADDRESSES:

Royal Caribbean Cruises Ltd.
1050 Caribbean Way
Miami, FL 33132, USA
PH: +1-305-539-6000
FX: +1-305-539-6168
E-mail: royalcaribbean@rccl.com

Norwegian Seafarers' Union
Head Office
Grev Wedels pl. 7
N-0151 Oslo, Norway
PH: +47-22 82 58 00
FX: +47-22 33 66 18
E-mail: post@sjomannsunion.no

Norwegian Seafarers' Union
Miami Service Office
1001 North America Way, Room 101
Miami, FL 33132, USA
PH: +1-305-371-3120
FX: +1-305-371-2211
E-mail: nsumiami@nsu.org